April 8, 1983.

459 A.2d 20

Badesso, Appellant v. Rose.

Argued June 9, 1982.
Michael Coren, for appellant; David M. Kozloff, for appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment affirmed.